**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA
                Plaintiff

v.                                        Case No.: 5:18−po−03772
                                        Magistrate Judge Frances H Stacy

Cruz Urbina−Castillo
                Defendant

---

**JUDGMENT**

On **May 17, 2018**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served.

A $10.00 cost assessment is imposed.

DONE at Laredo, Texas, on **May 17, 2018**.

_____
Frances H. Stacy
United States Magistrate Judge